CHARLES RIEGLER, Respondent, *v.* THE TRIBUNE ASSOCIATION, Appellant, Impleaded with Another.

*Riegler* v. *Tribune Association,* 40 App. Div. 324, affirmed.
(Argued April 24, 1901; decided May 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry W. Sackett* and *Seldon Bacon* for appellant.

*Gilbert D. Lamb* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ. PARKER, Ch. J., dissents, on the ground that Glennon was not acting within the course of his employment when he threw benzine out of the window in defiance of the express orders of his master.

---

RICHARD D. HARRIS, Appellant, *v.* GEORGE ELLIOTT et al., as Executors of JOHN ELLIOTT, Deceased, et al., Respondents, Impleaded with Others.

*Harris* v. *Elliott,* 39 App. Div. 657, affirmed.
(Submitted April 24, 1901; decided May 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1899, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Otto C. Wierum, Jr.,* for appellant.

*Lucius H. Beers, Everett P. Wheeler* and *Wyllys Hodges* for respondents.

Judgment affirmed, with a separate bill of costs to the defendants appearing by Lord, Day & Lord, and another to the defendants appearing by Wyllys Hodges ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.